IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO.:

JOSE PUIG AND MARIA PUIG,
his Wife,

     Plaintiff,

v.

FORWARD AIR, INC.,

     Defendant

_____/

## **COMPLAINT**

COME NOW the Plaintiffs, JOSE PUIG (hereinafter known as "Plaintiff"), and

MARIA PUIG, his Wife, by and through their undersigned counsel, and sue the Defendant,

FORWARD AIR, INC., (hereinafter known as "Defendant"), and as grounds in support

thereof would show unto the Court as follows:

    1.    This is an action for damages, which exceed the sum of FIFTEEN

THOUSAND ($15,000.00) DOLLARS, exclusive of interests, costs and attorney fees.

    2.    At all times material hereto, Plaintiffs were residents of Orange County,

Florida.

    3.    At all times material hereto, Defendant is licensed to do business in the

State of Florida and maintains agents for transacting business in Orange County, Florida.

    4.    On or about August 15, 2003, Plaintiff was unloading his truck at Forward

Air at the Orlando International Airport.



5.    The Plaintiff was using a hand truck to remove parcels from his truck that was properly situated in the loading and unloading bay of Forward Air.

6.    As the Plaintiff was removing the parcels from his truck, a forklift driven by an employee of Forward Air, who was not certified to operate a forklift, backed into the Plaintiff, knocking him to the ground.

7.    The forklift, though the manufacturer had installed an alarm that would sound in the case of the forklift moving in a backward motion, had been altered so that alarm would not sound and alert someone to the fact of the proximity of the forklift to such person.

8.    As a result of the negligent actions of the uncertified driver and the improperly altered alarm on the forklift, the Plaintiff has suffered permanent injuries that have required ongoing treatment.

## COUNT I:  NEGLIGENCE

9.    The Plaintiff realleges each and every allegation contained in paragraphs 1-8 as if fully set forth herein.

10    The negligent condition was known to Defendant or existed for a sufficient length of time so that Defendant should have known of it.

11.    An employee of the Defendant negligently operated the fork lift with the disabled alarm on the date in question resulting in the Plaintiff's injuries.

12.    The fork lift and its uncertified operator are owned and under the exclusive control of the Defendant.

13.    Defendant was negligent in allowing an uncertified person to operate the fork lift and by disabling the alarm of the fork lift.

14.    The negligence of the Defendant was the sole proximate cause of the Plaintiff's injuries.

15.    As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expensive medical care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition.   The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiffs, JOSE PUIG and MARIA PUIG, demand judgment for damages against Defendant, FORWARD AIR, INC., and a trial by jury.

DATED THIS _____ day of _____ 2005.

Sylvia Grunor, , Esquire
1000 E. Robinson Street
Suite D
Orlando, FL 32801
(407) 843-3990
Fax (407) 843-3990
Florida Bar No. 843910
Attorney for Plaintiff